UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ALAA TANTAWY, LUIS CARVAJAL, NOEL
FLORES, CAROLINA MERES and NICOLAS
PERALTA on behalf of themselves and on behalf of
all others similarly situated,

                        Plaintiffs,

             -against-

CREATIVE FOOD GROUP HD LLC,
CREATIVE FOOD GROUP SYR, LLC,
SANIYA ENTERPRISES INC., ALTAF
ISANI, SANIYA ISANI, IKRAMUDDIN
MANDANI a/k/a IKRAM MANDANI, and
SIRAJ HIMANI,

                      Defendants.

------------------------------------------------------------------x

No. 14-CV-05062 (CBA) (SMG)

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants CREATIVE

FOOD GROUP HD LLC, CREATIVE FOOD GROUP SYT, LLC, and SANIYA

ENTERPRISES INC., by and through their attorneys, Moses & Singer LLP, hereby state:

CREATIVE FOOD GROUP HD LLC, CREATIVE FOOD GROUP SYT, LLC., and

SANIYA ENTERPRISES INC are nongovernmental corporate entities with neither parent

corporations nor any publicly-held corporations owning 10% or more of their stock.

Dated:      New York, New York     MOSES & SINGER LLP
            October 3, 2014

                                    By:     /s/ Shari Alexander
                                       David B. Feldman, Esq. (DF 6547)
                                     Shari A. Alexander, Esq. (SA 0615)
                         The Chrysler Building
                         405 Lexington Avenue
                         New York, New York 10174-1299
                         Telephone:  (212) 554-7635
                         E-mail:  dfeldman@mosessinger.com
                                     salexander@mosessinger.com
                         *Attorneys for Represented Defendants*

1034119